## ON MOTION

### ORDER

Robert Bosch LLC moves to dismiss these appeals for lack of jurisdiction. Pylon Manufacturing Corp. opposes. Bosch replies.

Bosch argues that this court lacks jurisdiction over the pending appeals because the issues of damages and willfulness have not yet been resolved by the district court. Under 28 U.S.C. § 1292(c)(2), this court has exclusive jurisdiction in appeals from judgments in patent infringement cases that are final except for an accounting.

Accordingly,

IT IS ORDERED THAT:

The motion to dismiss is denied.

Fred L. **PORTER**, Claimant–Appellant,

v.

Eric K. **SHINSEKI**, Secretary of Veterans Affairs, Respondent– Appellee.

No. 2011–7162.

United States Court of Appeals, Federal Circuit.

Aug. 5, 2011.

Fred L. Porter, Tampa, FL, pro se.

Katy M. Bartelma, Department of Justice, Washington, DC, for Respondent–Appellee.

## ON MOTION

### ORDER

Fred L. Porter moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

O2 MICRO INTERNATIONAL LTD., Plaintiff–Appellee,

v.

John D. VAN LOBEN SELS, Defendant–Appellant.

No. 2011–1031.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2011.

Robert M. Harkins, Jr., Sedgwick LLP, of San Francisco, California, argued for plaintiff-appellee. Of counsel on the brief was Richard C. Lin, Howrey LLP, East

Palo Alto, California. Of counsel was Henry C. Su.

John D. Van Loben Sels, Wang, Hartmann, Gibbs & Cauley P.L.C., of Mountain View, California, pro se.

RADER, Chief Judge, LOURIE and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**3D SYSTEMS, INC., Plaintiff–Appellee,**

v.

**ENVISIONTEC, INC., Envisiontec GMBH, and Sibco, Inc., Defendants–Appellants.**

**No. 2011–1340.**

United States Court of Appeals, Federal Circuit.

Aug. 17, 2011.

Before BRYSON, LINN, and PROST, Circuit Judges.

## ON MOTION

PROST, Circuit Judge.

## ORDER

3D Systems, Inc. moves to dismiss Envisiontec's appeal for lack of appellate jurisdiction. Envisiontec opposes. 3D Systems replies.

3D Systems asserted 12 patents against Envisiontec. A pretrial order allowed 3D Systems to designate a limited number of claims for trial and stayed proceedings on the remaining claims and patents, pending further order of the court. Following trial, the district court entered judgment on only the designated claims, but it has not yet entered any judgment relating to the remaining claims and patents. The district court did not certify its judgment for immediate appeal pursuant to Fed.R.Civ.P. 54(b).

Because there are pending claims, there is no final judgment and this appeal is premature. *See Nystrom v. TREX Co.,* 339 F.3d 1347, 1350 (Fed.Cir.2003) ("If a case is not fully adjudicated as to all claims for all parties and there is no express determination that there is no just reason for delay or express direction for entry of judgment as to fewer than all of the parties or claims, there is no final decision . . . and therefore no jurisdiction."). Any adversely affected party may, of course, file a notice of appeal after the district court disposes of all claims and enters final judgment.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.